Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Juan A. Peña

§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

versus

Jim Lewis
Adam Gonzalez
Merv Laufer

EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.      The Plaintiff is:          Juan A. Peña

        Address:                 2926 Plum Creek #49

                                 Houston, Tx., 77087

        County of Residence:      Harris

3.      The defendant is:         Jim Lewis, Adam Gonzalez, Merv Laufer,

        Address:                 3701 Heml-Holmer Rd.

                                 Houston, Tx., 77021

☑      Check here if there are additional defendants. List them on a separate sheet of paper with

       their complete addresses.

4.      The plaintiff has attached to this complaint a copy of the charges filed on _____

with the Equal Opportunity Commission.

5.      On the date of June, 29, 30, 2018 the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.    Because of the plaintiff's:

(a)    ☐    race

(b)    ☐    color

(c)    ☐    sex

(d)    ☐    religion

(e)    ☐    national orgin,

the defendant has:

(a)    ☐    failed to employ the plaintiff

(b)    ☐    terminated the plaintiff's employment

(c)    ☑    failed to promote the plaintiff

(d)    ☐    other: fail to treat plaintiff equal to another preson. Never go To race,

7.    When and how the defendant has discriminated against the plaintiff:

after I ask Jim & adam for a race. They said No, went t Plant Maneager. Got a race, Them two starter treating differance.

8.    The plaintiff requests that the defendant be ordered:

(a)    ☑    to stop discriminating against the plaintiff

(b)    ☐    to employ the plaintiff

(c)    ☐    to re-employ the plaintiff

(d)    ☐    to promote the plaintiff

(e)    ☐    to    _Jim Lewis has discrImination before_
_adan Gonzalez_
_Meri Lauren_                      and that;

(f)    ☑    the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_Juan A. Peña_
(Signature of Plaintiff)

Address:    _2926 Plum Creek #49_
_Houston, Tx., 77021_

Telephone:    _409-995-8385_

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Juan A. Peño

§
§
§
§
§
§
§

versus

CIVIL ACTION NO. _____

Jim Lewis
adam Gonzalez
mary Lauren

ORIGINAL COMPLAINT

Discrimination.

Meru Laurer: Humar Resoure or company man. I went to him a frew time other supervisior and lead mary. I todd him that this leadman was screan at if he did again. Something was going to happen. Fight. Meru never did nothing. Meru ask me why you thing they do this to you I todd Meru because them hate me; Meru said maybe them do but you can't proof it. Promise that my wager will go up. Never did. He would ask Jim and Adam. No was always an answer

Adam Gonzalez, Starded discrimina-
ted... me when I ask for race, after
3 1/2 yrs working there. He said no, we can
get you a helper, I said no, I don't need
more money. Come on Adam, been here 3 1/2
yrs., I hear a lot of empolee getting
more money, not me. I went to the plant
mawager Rick, I told Rick, look want
move to learn to do something else, to may-
be help the company in different way
and maybe help myself, got a # like race.
Adam & Jim, didn't like I went over,
them. After that, Adam started writing
me, the ad me to fired harrasin me by keeping
an eye an me. Telling people not to talk to
me, stay away, let him what I'm doing
the, Last 10 almost 11 yrs I never got a
race. Train empolee on the Shear and eye
burn them got a race not me.

Jim Lewis; He is the floor supervisior,. He pretty much control every supervisiors and leadman in every department there. He to started discriminating me after I went to the plant manager. After I went them. I went to welding classes. After 3 months I toke a welding test for Jim. A 3 strips weld 21 inches long, no we stop weld. Jim exsamin the test. He good I could use this kinda welds on one of my table. The next day he send Old school Lupe my instructor to get me out of welding classes because I was not going to make it. I pass the test. He left some guy name Sam. 8 months, this guy never past the welding test, and Jim knew if he put me on this welding table. would have to give a 2 dollar race.

Rita James, Leo Rodigez, Jose Hernandez and Cris M.. renbird something.